IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
JAN - 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4:19mj2 |
| vs. | ) | |
| | ) | COURT DATE: January 16, 2019 |
| KISUAN V. HILL | ) | |

CRIMINAL INFORMATION

CHARGE ONE
Ticket No. 7024378

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 19, 2018, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, KISUAN V. HILL, did go upon a military installation for a purpose prohibited by a law or lawful regulation. (In violation of Title 18, United States Code, Section 1382).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8518
Email: jeremy.skinner@us.af.mil

RECEIVED
2019 JAN -3  A 9:37
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

RECEIVED
2019 JAN -2  P 4:05
CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on January 3, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, KISAUN V. HILL.

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8518
Email: jeremy.skinner@us.af.mil